Adam P. Bailey (CA Bar No. 278208)
Hobbs, Straus, Dean & Walker, LLP
1903 21st St., 3rd Floor
Sacramento, CA 95811
Phone: (916) 442-9444
Fax: (916) 442-8344
Email: abailey@hobbsstraus.com

Attorneys for Plaintiff

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN VALLEY INDIAN HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> XAVIER BECERRA, in his official capacity as Secretary, U.S. Department of Health & Human Services, *et al.*, <br><br> Defendants. | No. 2:24-CV-02154-DJC-DMC <br><br> **JOINT STATUS REPORT, STIPULATION, AND ORDER FOR STAYING CASE** |

**JOINT STATUS REPORT, STIPULATION, AND ORDER**

Pursuant to the Court's Order (ECF 9) dated October 8, 2024, the parties provide this status report and stipulate, subject to Court approval, that this action be stayed while the Indian Health Service finalizes its methodology to value claims recently recognized by the Supreme Court in *Becerra v. San Carlos Apache Tribe*, 144 S. Ct. 1428 (June 6, 2024); and that the parties file a Joint Status Report on or before March 14, 2025. The reasons for this stipulation are as follows.

1. A court may stay proceedings as part of its inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also, e.g.*, *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

2. This case involves claims for "contract support costs" associated with program income that a Tribal organization expends on health programs that it has contracted to operate under the Indian Self-Determination and Education Assistance Act ("ISDEAA"), 25 U.S.C. §§ 5301–5423. Plaintiff filed this action shortly after the Supreme Court recognized such claims as cognizable under the ISDEAA in *Becerra v. San Carlos Apache Tribe*, 144 S. Ct. 1428 (June 6, 2024).

3. Following the Supreme Court's decision, the Indian Health Service convened meetings of a Contract Support Cost Advisory Group in July and August 2024. In those meetings, Tribal representatives and representatives of the Indian Health Service discussed possible methodologies for determining contract support costs following the Supreme Court's decision. On September 10, 2024, the Indian Health Service initiated a national consultation seeking feedback from Tribes on the Agency's proposals to calculate contract support costs related to expenditures of program income.[1]

4. The Indian Health Service's national consultation with the Tribes concluded in mid-October 2024. Thereafter, the Contract Support Cost Advisory Group reconvened and finalized recommendations for the Director of the Indian Health Service. The Indian Health Service expects to

---

[1] *See* Letter from Indian Health Service to Tribal Leaders (Sept. 10, 2024), https://www.ihs.gov/sites/newsroom/themes/responsive2017/display_objects/documents/2024_Letters/DTLL_091024.pdf.

finalize its methodology by the end of December 2024. Once a methodology is adopted, Defendants expect to be able to apply this methodology to Plaintiff's claims and begin settlement discussions.

    5.    The parties propose filing a Joint Status Report on or before March 14, 2025.

Dated: December 13, 2024　　　　　　　　　　HOBBS, STRAUS, DEAN & WALKER, LLP

By: /s/ *Adam P. Bailey*　(authorized 12/13/2024)
ADAM P. BAILEY

Attorneys for Plaintiff

Dated: December 13, 2024　　　　　　　　　　PHILLIP A. TALBERT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: December 13, 2024　　　　　　　　　　/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE