Adam P. Bailey (CA Bar No. 278208)
Hobbs, Straus, Dean & Walker, LLP
1903 21st St., 3rd Floor
Sacramento, CA 95811
Phone: (916) 442-9444
Fax: (916) 442-8344
Email: abailey@hobbsstraus.com

Attorneys for Plaintiff

MICHELE BECKWITH
Acting United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:    joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN VALLEY INDIAN HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT F. KENNEDY, JR.,[1] in his official capacity as Secretary, U.S. Department of Health & Human Services, *et al.*, <br><br> Defendants. | No. 2:24-CV-02154-DJC-DMC <br><br> **JOINT STATUS REPORT, STIPULATION, AND ORDER FOR STAYING CASE** |

Pursuant to the Court's Order (ECF 11) dated December 16, 2024, the parties provide this status report and stipulate, subject to Court approval, that this action be stayed while the parties work toward informally resolving claims recently recognized by the Supreme Court in *Becerra v. San Carlos Apache*

---

[1] Robert F. Kennedy, Jr., was sworn in as the United States Secretary of Health and Human Services on February 13, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he should be substituted automatically for Xavier Becerra as the defendant in this action.

*Tribe*, 602 U.S. 222 (2024); and that the parties file a Joint Status Report on or before June 13, 2025. The reasons for this stipulation are as follows.

    1.    A court may stay proceedings as part of its inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also, e.g.*, *Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

    2.    This case involves claims for "contract support costs" associated with program income that a Tribal organization expends on health programs that it has contracted to operate under the Indian Self-Determination and Education Assistance Act ("ISDEAA"), 25 U.S.C. §§ 5301–5423. Plaintiff filed this action shortly after the Supreme Court recognized such claims as cognizable under the ISDEAA in *Becerra v. San Carlos Apache Tribe*, 602 U.S. 222 (2024).

    3.    Following the Supreme Court's decision, the Indian Health Service convened meetings of a Contract Support Cost Advisory Group in July and August 2024. In those meetings, Tribal representatives and representatives of the Indian Health Service discussed possible methodologies for determining contract support costs following the Supreme Court's decision. On September 10, 2024, the Indian Health Service initiated a national consultation seeking feedback from Tribes on the Agency's proposals to calculate contract support costs related to expenditures of program income.[2]

    4.    The Indian Health Service's national consultation with the Tribes concluded in mid-October 2024. Thereafter, the Contract Support Cost Advisory Group reconvened and finalized recommendations for the Director of the Indian Health Service on December 20, 2024.[3]

    5.    The Indian Health Service has gathered the financial documents in its possession pertaining to the claim asserted in this case for contract support costs for calendar year 2016. The Indian Health Service has also retained an expert to analyze and value the claim. This expert is familiar with

---

[2] *See* Letter from Indian Health Service to Tribal Leaders (Sept. 10, 2024), https://www.ihs.gov/sites/newsroom/themes/responsive2017/display_objects/documents/2024_Letters/DTLL_091024.pdf.

[3] Letter from Indian Health Service to Tribal Leaders (Dec. 20, 2024), https://www.ihs.gov/sites/newsroom/themes/responsive2017/display_objects/documents/2024_Letters/DTLL_12202024.pdf

the type of claim presented in this action and has assisted the Indian Health Service and other Tribes and Tribal organizations in resolving such claims in light of *Becerra v. San Carlos Apache Tribe*, 602 U.S. 222 (2024).

6. The Indian Health Service's expert has completed his preliminary analysis, which yielded five requests for additional information from Plaintiff Northern Valley Indian Health, Inc. Counsel for Defendants sent these requests to Plaintiff's counsel on March 7, 2025.

7. The parties will continue to work in good faith to value and attempt to resolve Plaintiff's claim for contract support costs for calendar year 2016, and the parties respectfully request an additional 90 days to do so, at which time the parties will update the Court on their progress.

8. The parties propose filing a Joint Status Report on or before June 13, 2025.

Dated: March 12, 2025					HOBBS, STRAUS, DEAN & WALKER, LLP

						By:	/s/ Adam P. Bailey            (authorized 3/12/2025)
							ADAM P. BAILEY

							Attorneys for Plaintiff

Dated: March 12, 2025					MICHELE BECKWITH
							Acting United States Attorney

						By:	/s/ Joseph B. Frueh
							JOSEPH B. FRUEH
							Assistant United States Attorney

							Attorneys for Defendants

**IT IS SO ORDERED**

Dated: March 12, 2025					/s/ Daniel J. Calabretta
							THE HONORABLE DANIEL J. CALABRETTA
							UNITED STATES DISTRICT JUDGE