Adam P. Bailey (CA Bar No. 278208)
Hobbs, Straus, Dean & Walker, LLP
1903 21st St., 3rd Floor
Sacramento, CA 95811
Phone: (916) 442-9444
Fax: (916) 442-8344
Email: abailey@hobbsstraus.com

Attorneys for Plaintiff

ERIC GRANT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: lynn.trinka.ernce@usdoj.gov
Telephone: (916) 554-2700

Facsimile: (916) 554-2900
Attorneys for Defendants

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN VALLEY INDIAN HEALTH, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR.,[1]<br><br>    Defendant. | Case No.:   2:24-CV-02154-DJC-DMC<br><br>**JOINT STATUS REPORT, STIPULATION AND PROPOSED ORDER FOR STAYING CASE** |

---

[1] Robert F. Kennedy, Jr., was sworn in as the United States Secretary of Health and Human Services on February 13, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he should be substituted automatically for Xavier Becerra as the defendant in this action.

1

JOINT STATUS REPORT, STIPULATION AND PROPOSED ORDER FOR STAYING CASE

**JOINT STATUS REPORT, STIPULATION AND ORDER**

Pursuant to the Court's Order (ECF 18) dated June 1, 2026, the parties provide this status report and stipulate, subject to Court approval, that this action be stayed while the parties work toward consummating their settlement in principle; and that the parties file a Joint Status Report on or before September 7, 2026. The reasons for this stipulation are as follows.

1.    A court may stay proceedings as part of its inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also, e.g., Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

2.  This case involves claims for "contract support costs" associated with program income that a Tribal organization expends on health programs that it has contracted to operate under the Indian Self-Determination and Education Assistance Act ("ISDEAA"), 25 U.S.C. §§ 5301–5423. Plaintiff filed this action shortly after the Supreme Court recognized such claims as cognizable under the ISDEAA in *Becerra v. San Carlos Apache Tribe*, 602 U.S. 222 (2024).

3.  The parties reached a settlement in principle on or about August 5, 2025. The settlement was supported by the Acting United States Attorney and the Indian Health Service within the United States Department of Health and Human Services.

4.  The United States Attorney's Office forwarded the parties' proposed written settlement agreement to the Federal Programs Branch of the Civil Division of the United States Department of Justice on August 5, 2025. The Federal Programs Branch is charged with transmitting the proposed written settlement agreement to the United States Attorney General's designee for final review and approval.

5.  The Federal Programs Branch advises that it is still in the process of reviewing the tentative settlement, and the timing of its review and approval has been affected due to significantly reduced staffing and an extremely high volume of litigation involving the Federal Programs Branch.

JOINT STATUS REPORT, STIPULATION AND PROPOSED ORDER FOR STAYING CASE

6.  The parties propose filing a Joint Status Report on or before September 7, 2026.

Dated:                                                  HOBBS, STRAUS, DEAN & WALKER, LLP

                                          By:   /s/ Adam P. Bailey
                                                ADAM P. BAILEY
                                                Attorneys for Plaintiff


Dated:  June 5, 2026                           ERIC GRANT
                                               United States Attorney

                                          By:   /s/ Lynn Trinka Ernce
                                                LYNN TRINKA ERNCE
                                                Assistant United States Attorney
                                                Attorneys for Defendants


**IT IS SO ORDERED.**


Dated:  June 5, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT, STIPULATION AND PROPOSED ORDER FOR STAYING CASE