Adam P. Bailey (CA Bar No. 278208)
Hobbs, Straus, Dean & Walker, LLP
1903 21st St., 3rd Floor
Sacramento, CA 95811
Phone: (916) 442-9444
Fax: (916) 442-8344
E-mail: abailey@hobbsstraus.com

Attorneys for Plaintiff

ERIC GRANT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: lynn.trinka.ernce@usdoj.gov
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHERN VALLEY INDIAN HEALTH,<br>Plaintiff,<br>v.<br>ROBERT F. KENNEDY, JR., ET AL.,<br>Defendant. | Case No.: 2:24-cv-02154-DJC-DMC<br><br>**JOINT STATUS REPORT, STIPULATION, AND ORDER FOR STAYING CASE** |

Pursuant to the Court's Order (ECF 25) dated June 8, 2026, the Parties provide this status report and stipulate, subject to Court approval, that this action continue to be stayed while the Parties continue to work toward informally resolving claims recognized by the Supreme Court in *Becerra v. San Carlos Apache Tribe*, 602 U.S. 222 (2024); and that the Parties file a Joint Status Report on or before December 2, 2026. The reasons for this stipulation are as follows.

1. As noted in the Parties' Joint Status Report filed with the Court on June 5, 2026 (ECF 24), the Parties reached a settlement in principle on or about August 5, 2025. The

settlement was supported by the Acting United States Attorney and the Indian Health Service within the United States Department of Health and Human Services.

2. The Federal Programs Branch of the Civil Division of the United States Department of Justice (DOJ) has transmitted the proposed written settlement agreement to the United States Attorney General's designee for final review and approval.

3. The DOJ is still in the process of reviewing the settlement agreement.

4. The Parties therefore agree that another stay of 90 days will promote the Parties' efforts to resolve the claims presented in this action through settlement.

5. The Parties propose filing a Joint Status Report on or before December 2, 2026.

Dated: September 10, 2026

HOBBS, STRAUS, DEAN & WALKER, LLP

By: */s/ Adam P. Bailey*
ADAM P. BAILEY
Attorneys for Plaintiff

Dated: September 10, 2026

ERIC GRANT
United States Attorney

By: */s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Defendants

**IT IS SO ORDERED**

Dated: September 10, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE